In the Matter of ALLAN S. FELDMAN et al., Appellants, v. DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Respondents.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McNally, JJ.